IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | |
|---|---|
| JORGE RODRIGUEZ REYES | ) |
| | ) |
| v. | ) CR. NO. 06-CO-8044-NE |
| | ) CV. NO. 03-CO-306-NE |
| UNITED STATES OF AMERICA | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on May 22, 2009, recommending that the motion for evidentiary hearing and motion to vacate be denied. On June 4, 2009, Jorge Rodriguez Reyes filed a Motion for Reconsideration and Alternative Motion for Additional Time. The motion was granted and Mr. Reyes was allowed forty-five days in which to file objections to the magistrate judge's findings and recommendation. On July 7, 2009, Mr. Reyes filed a Reply in Opposition which will be construed as objections to the magistrate judge's findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the Mr. Reyes, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the objections filed by Mr. Reyes are due to be OVERRULED and the motion for evidentiary hearing and motion to vacate are due to be DENIED. A Final Judgment will be entered.

Done this <u>20th</u> day of <u>July 2009</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671